J. A. HIXON, by L. J. BLALOCK, for plaintiff in error.
C. B. HUDSON, solicitor-general, *contra*.

ALLEN *v.* THE STATE.

There being evidence tending to show the guilt of the accused, the jury having believed it, as shown by their finding him guilty, and the trial judge being satisfied therewith, this court cannot say that he abused the discretion vested in him by law to grant or refuse new trials.                          *Judgment affirmed.*
February 20, 1893.

Before Judge FISH. Sumter superior court. November term, 1891.

The defendant was convicted of arson in burning Hudson's gin-house about one o'clock on a Monday morning. A bale of cotton had been ginned and packed there on the previous Saturday morning, from which time until the burning the nearest fire was about a hundred yards off; and it did not appear that the burning could have been accidental. The conviction rests on

strong circumstantial evidence, and on testimony of a free and voluntary statement by the defendant that he did the burning. He introduced testimony to prove an *alibi*, and to impeach the witness who testified as to the confession. After verdict he moved for a new trial on the grounds that the verdict was contrary to law and evidence. The motion was overruled, and he excepted.

HUDSON & BLALOCK, for plaintiff in error.

C. B. HUDSON, solicitor-general, *contra*.

